FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 25 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LUIS VELEZ,

                              Petitioner,

     -against-

WILLIAMS LEE,

                              Respondent.
-----------------------------------------------------------x

MEMORANDUM & ORDER

10-CV-3402 (ENV)

VITALIANO, D.J.

       Respondent Williams Lee's letter filed August 5, 2010 suggests that respondent concedes that petitioner Luis Velez has exhausted his claims. Respondent is directed to advise the Court, on or before August 31, 2010, as to whether it has correctly understood respondent's position.

       SO ORDERED.

Dated: Brooklyn, New York
       August 24, 2010

                                                      s/ENV

                                                   ERIC N. VITALIANO
                                                   United States District Judge